

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00148-CV

| | | |
|---|---|---|
| Brian K. Haren and Susan K. Haren f/k/a Susan C. Carley | § | From the 352nd District Court |
| | § | of Tarrant County (352-257742-12) |
| v. | § | May 14, 2015 |
| Wells Fargo Bank, N.A. | § | Opinion by Justice Dixon W. Holman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Brian K. Haren and Susan K. Haren f/k/a Susan C. Carley shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dixon W. Holman
       Justice Dixon W. Holman